Judge W. Smith
USDCRI
03-00070

# United States Court of Appeals
## For the First Circuit

---

No. 04-1278

# MANDATE

UNITED STATES,

Appellee,

v.

LUIS OLIVERA,

Defendant, Appellant.

---

**JUDGMENT**

Entered: August 4, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed, without prejudice to Luis Olivera's right to raise his ineffective assistance of counsel claim in a motion pursuant to 28 U.S.C. § 2255.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]

**Deputy Clerk**

**Date:** 8/26/05

**By the Court:**

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Lockhart & Mr. Perrotta. ]