United States of America
Plaintiff

VS: CR03-70-01S

Luis Olivera
Defendant

# EXHIBIT RECEIPT

Government's Exhibits 1 through 5

__________________________
Attorney

__________________________
Deputy clerk