# ***United states District Court***
# ***For the District of Rhode Island***

RECEIVED
SEP 26 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES *
OF *
AMERICA *
*
V. *
*
LUIS OLIVERA *

**CR NO. 03-70S**

---

**Petitioner Luis Olivera's Memorandum of Law in support of Motion under 28 usc 2255 to vacate,setaside Or correct sentence by a person in federal custody.**

The defendant ,**luis olivera**,pro-se ,moves this honorable court to dismiss,vacate,set aside and/or correct his sentence on the grounds that the his guilty plea was not knowingly, voluntarily and intelligently and without an understanding of the consequences of the plea,failure of the district court to inform defendant of effects of supervised release,breach of plea agreement , denial of effective assistance of counsel, sentencing entrapment,abuse of discretion ,sentence exceeded the maximum allowed by law,evidence was insufficient to support the conviction, Unconstitutionally enhanced sentence and illegally imposed sentence. Defendant's constitutional and statutory rights having been violated, this case should be dismissed with prejudice and/or guilty plea and sentence vacated to allow defendant to plead anew. This memorandum of law is filed in support of that motion.

Luis Olivera, Pro-se
Po Box 8249
Cranston, RI 02920

Luis Olivera
Petitioner pro-se

**To: Clerk**

**My name is LUIS OLIVERA and I sent in a 22-55 motion last week and forgot to send this with it I hope it's not to late .**

**Thank you for your time**

RECEIVED
SEP 26 2006
Property of U.S. District Court
District of Rhode Island